Philip Rosenstein, appellee, v. Lewis Rose, appellant. Gen. No. 30,050.

Appeal from judgment for plaintiff in municipal court, based upon denial of petition for change of venue. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925.

Webster, Holmes & Holmgren, for appellant; Daniel Webster, of counsel. Henry H. Koven, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Anton Lagatutte, by Conciettina Lagatutte, appellee, v. Chicago Daily News Company, appellant. Gen. No. 30,071.

Action for injury by elevator to employee of tenant. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925. *Certiorari* denied by Supreme Court (making opinion final).

John G. Riordan and John J. Healy, for appellant. Finn & Miller, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Harry F. Curley, plaintiff in error, v. Chicago City Railway Company, defendants in error. Gen. No. 29,990.

Action for injury to automobile driver in collision with street car. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. William N. Gemmill, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925.

James C. McShane, for plaintiff in error. Brown, Fox & Blumberg, for defendants in error; John R. Guilliams, Charles LeRoy Brown, Frank L. Kriete and Joseph D. Ryan, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Samuel Klein, appellee, v. Z. Erol Smith, appellant. Gen. No. 30,037.

Action for services as architect under alleged oral agreement. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Peter H. Schwaba, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 23, 1925.

Frisch & Frisch, for appellant; Granville W. Browning, of counsel. Edelson, Tannenbaum & Polikoff, for appellee; Julius A. Polikoff, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.